IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: <u>4:13-CV-00716-ALM</u>
2. Style of case: <u>JASON M. HALEY V. SLEEP EXPERTS PARTNERS, L.P.</u>
3. Nature of suit: <u>Employment - ADAAA</u>
4. Method of ADR used:   XX <u>Mediation</u>        ☐Mini-Trial        ☐ Summary Jury Trial
5. Date ADR session was held: <u>12/11/2014</u>
6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.       ☐ Settled, in part, as result of ADR
   **XX Settled as a result of ADR.**        ☐ Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: <u>$1500.00</u>
8. Duration of ADR: <u>Half Day</u>  (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff): (Provider)

   Courtenay L. Bass - Mediator            Paul M. Lanagan, Esq.-Defendant
   Jason M. Haley - Plaintiff              Olivier Birre – Defendant's Rep.
   Kerry Vincent O'Brien, Esq.-Plaintiff
   Kindel Elam- Sleep Experts Partners, L.P.

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Courtenay L. Bass*                          December 11, 2014
Signature                                    Date


<u>12001 N. Central Expressway, Suite 650, Dallas, Texas  75243</u>   <u>(214)303-4500</u>
Address                                                              Telephone

**Kerry Vincent O'Brien, Esq.**
O'Brien Law Firm PC
1011 Westlake Drive
Austin, TX  78746
(512) 410-1960
(512) 410-6171

**Paul M. Lanagan, Esq.**
Meaders & Lanagan
2001 Bryan Street
Suite 3350
Dallas, TX  75201
(214) 721-6210
(214) 721-6289

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing ADR Reporting Form was electronically filed with and has been electronically sent to all parties through the Eastern District of Texas Electronic Court Filing system on December 11, 2014.

*Courtenay L. Bass*
Courtenay L. Bass
Mediator