**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **JASON M. HALEY,** | § |
| | § |
| **Plaintiff,** | § |
| | § **CIVIL ACTION NO. 4:13-cv-00716** |
| v. | § |
| | § |
| **SLEEP EXPERTS PARTNERS, L.P.** | § |
| | § |
| **Defendant.** | § |
| | § |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiff Jason M. Haley and Defendant Sleep Experts Partners, L.P., and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to the dismissal of all claims and causes of action that Plaintiff has asserted in this cause against Defendant, with prejudice to the refiling of those claims. The parties further stipulate that their respective attorneys' fees, costs and litigation expenses shall be borne by the party incurring same.

Respectfully submitted,

| | |
|---|---|
| **O'BRIEN LAW FIRM** | **MEADERS & LANAGAN** |
| | |
| */s/ Kerry V. O'Brien* | */s/ Paul M. Lanagan (by permission)* |
| Kerry V. O'Brien, | Paul M. Lanagan |
| 1011 Westlake Drive | 2001 Bryan Street, Suite 3350 |
| Austin, Texas 78746 | Dallas, Texas 75201 |
| Telephone: (512) 410-1960 | Telephone: (214) 721-6299 |
| Facsimile: (512) 410-6171 | Facsimile: (214) 721-6289 |
| | |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record VIA ELECTRONIC NOTICE by the CM/ECF filing system on this the 17th day of December, 2014.

_____
Kerry V. O'Brien