# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JASON M. HALEY | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:13cv716 |
| | § | (Judge Mazzant) |
| SLEEP EXPERTS PARTNERS, L.P. | § | |

### ORDER OF DISMISSAL

Now before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Dkt. #37). The Court finds that the Joint Stipulation of Dismissal with Prejudice (Dkt. #37) should be granted.

It is hereby **CONSIDERED, ORDERED** and **ADJUDGED** that the above titled and numbered cause of action is **DISMISSED** with prejudice, with attorneys' fees, costs and litigation expenses to be borne by the party incurring same.

All relief not previously granted is **DENIED**.

**SIGNED this 19th day of December, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE